United States District Court
Southern District of Texas
**ENTERED**
June 17, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| J. A. A., § § § Plaintiff, § VS. § CIVIL ACTION NO. 2:20-CV-156 § ST HANS BROTHERS INDUSTRIES, § L.P.; dba HANS BROTHERS § INDUSTRIES AND HBI, *et al*, § § Defendants. § | |

## ORDER

Before the Court is Plaintiff's *Ex Parte* Motion to allow the Plaintiff to Proceed Under a Pseudonym. (D.E. 5). After consideration, the Court **GRANTS** the Motion (D.E. 5). The parties will address the issue before the Court at the Initial Pretrial Conference. Until this issue is resolved, Defendants, Defendants' counsel of record, and their employees and agents are prohibited from referring to, or revealing, Plaintiff's true identity.

SIGNED and ORDERED this 17th day of June 2020.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE